IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

J. WILSON BRALEY,

    Plaintiff,

v.                           Civil Action No. 3:06-0333

JOSEPH MANCHIN, individually
and in his capacity as the duly elected
Governor of the State of West Virginia,
et al.,

    Defendants.



DISMISSAL ORDER

    Pending before the Court is the motions of the Defendants, Joseph Manchin, Danny Ellis, and Paul A. Mattox, Jr., to dismiss this action for the failure of the Plaintiff to perfect service upon the Defendants. The Court, having considered the same and there being no objection by the Plaintiff, does hereby grant said motion and does hereby order that this matter be dismissed without prejudice and stricken from the docket of this Court.

                                      Order Entered: 8/21/06

                                                  Judge

Prepared and presented by:

*[signature: Clinton W. Smith]*

Clinton W. Smith

WV Bar #3458
Suite 309, 405 Capitol Street
Charleston, WV  25301
(304)343-4498


Approved as to form:

*[signature: Gary E. Pullin]*

Gary E. Pullin

WV Bar #4528
Pullin, Fowler & Flanagan, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV  25301
(304)344-0100


Approved as to form:

*[signature: Charles R. Bailey]*

Charles R. Bailey

WV Bar #0202
Bailey & Wyant, P.L.L.C.
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, WV  25337-3710
(304)345-4222